NICHOLAS A. DEMING (SBN 287917)
AYUSHI NEOGI (SBN 341894
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
ndeming@grsm.com
aneogi@grsm.com

Attorneys for Defendant
ADYEN, N.V.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MENDONCA, an individual<br><br>Plaintiff,<br><br>vs.<br><br>ADYEN, N.V., a Federally Chartered Bank; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO.  5:23-CV-2211<br><br>**DEFENDANT ADYEN, N.V.'S NOTICE OF REMOVAL**<br><br>[28 U.S.C. §§ 1331, 1441, 1446] |

**TO THE JUDGES AND CLERKS OF THE FEDERAL DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, PLEASE TAKE NOTICE** that Defendant Adyen, N.V. ("Defendant" or "ADYEN, N.V."), contemporaneously with the filing of this Notice of Removal, hereby effects removal of the below referenced action from the Superior Court in the State of California for the County of Riverside to the United States District Court for the Central District of California, Eastern Division.

1. On June 5, 2023, Plaintiff Joe Mendonca ("Plaintiff") filed this action in the Superior Court of the State of California, Riverside County, entitled *Joe Mendonca v. Ayden, Inc.*, case No. CVRI2303416. Plaintiff alleges various violations under the Fair Employment and Housing Act and Title VII of the Civil Rights Act. On July 6, 2023, Plaintiff filed a First Amended Complaint to replace "Ayden, Inc." with "Adyen, Inc.," entitled *Joe Mendonca v. Adyen, Inc.*, Case No. CVRI2303416. A copy of the Summons and First Amended Complaint are attached as **Exhibit A to the Declaration of Ayushi Neogi** (hereafter ["Neogi Decl."]) pursuant to 28 U.S.C. §1446(a), and are incorporated by reference in this Notice of Removal without necessarily admitting any of them**.**

2. On September 27, 2023, Plaintiff filed a Second Amended Complaint to amend his complaint to replace "Adyen, Inc." with "ADYEN N.V.," entitled *Joe Mendonca v. Adyen, N.V.*, Case No. CVRI2303416 (hereinafter "the Complaint"). A copy of the Summons and Second Amended Complaint are attached as **Exhibit B to Neogi Decl.** pursuant to 28 U.S.C. §1446(a), and are incorporated by reference in this Notice of Removal without necessarily admitting any of them**.**

3. On October 25, 2023, Defendant filed an Answer to Plaintiff's Second Amended Complaint pursuant to California Code of Civil Procedure section 431.30 in the Superior Court of the State of California, County of Riverside. A true and correct copy of Defendant's Answer to Plaintiff's Second Amended

Complaint is attached as **Exhibit C to Neogi Decl.** pursuant to 28 U.S.C. §1446(a).

4. The Notice of Removal is timely. To be timely, a notice of removal must be filed within 30 days of service of the Complaint. *See* 28 U.S.C. § 1446(b), *Murphy Bros., Inc. v. Michetti Pipe Stringing*, *Inc.*, 526 U.S. 344, 354 (1999). On September 27, 2023, Plaintiff effectuated electronic service of the Second Amended Complaint on Defendant. (Neogi Decl. ¶ 5, 7.)

5. Venue is proper in this Court. A civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred. Removal to the United States District Court for the Central District of California is appropriate because the removed state court action was filed in the Superior Court of California, County of Riverside. (Neogi Decl. ¶ 8.) Venue is proper in this Court pursuant to 28 U.S.C. sections 84(c)(1), 1391, 1441, and 1446.

6. The Complaint is a civil action of which this Court has jurisdiction under 28 U.S.C. section 1332, and is one which may be removed to this Court pursuant to 28 U.S.C. section 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000.00, exclusive of interest and costs. This Complaint may also be removed pursuant to 28 U.S.C. sections 1331 and 1441(a) in that the Complaint alleges claims arising under the laws of the United States. The Complaint alleges that Defendant violated Title VII of the Civil Rights Act by discriminating against Plaintiff on the basis of his sex.

7. Complete diversity of citizenship exists in that Plaintiff is a citizen of the state of California and Defendant is a federally chartered bank and public limited company with its principal place of business in Amsterdam, Netherlands. A corporation shall be deemed to be a citizen of any state by which it has been incorporated and the state where it has its principal place of business. *See* 28 U.S.C. § 1332(c)(1). Plaintiff also seeks $2,000,000 in damages. Therefore, complete diversity exists.

8. Federal question jurisdiction exists in that the Complaint alleges a federal cause of action arising under the laws of the United States. Plaintiff alleges violations under Title VII of the Civil Rights Act against Defendant, which is a federal statute. Therefore, this Complaint can also be removed on the basis of federal question jurisdiction.

9. Contemporaneously with the filing of this Notice of Removal in the United States District Court for the Central District of California, and pursuant to 28 U.S.C. section 1446(d), written notice of such filing will be given by the undersigned to Plaintiff's counsel of record, and a copy of the Notice of Removal will be filed with the Clerk of the Court for the Superior Court of the County of Riverside, California.

Dated: October 27, 2023          GORDON REES SCULLY MANSUKHANI, LLP

By: _____
NICHOLAS A. DEMING
AYUSHI NEOGI
Attorneys for Defendant
ADYEN, N.V.