1  NICHOLAS A. DEMING (SBN 287917)
2  AYUSHI NEOGI (SBN 341894)
   GORDON REES SCULLY MANSUKHANI, LLP
3  275 Battery Street, Suite 2000
4  San Francisco, CA 94111
   Telephone: (415) 986-5900
5  Facsimile: (415) 986-8054
6  ndeming@grsm.com
   aneogi@grsm.com
7
8  Attorneys for Defendant
   ADYEN, N.V.
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MENDONCA, an individual | CASE NO. 5:23-CV-2211 |
| Plaintiff, | **DECLARATION OF AYUSHI NEOGI IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441, AND 1446** |
| vs. | |
| ADYEN, N.V., a Federally Chartered Bank; and DOES 1 through 20, inclusive, | |
| Defendants. | |

I, Ayushi Neogi, declare as follows:

1. This declaration is submitted in support of Defendant ADYEN N.V.'s ("Defendant") Notice of Removal to the United States District Court for the Central District of California under 28 U.S.C. § 1332, 1441 and 1446.

2. I am an attorney at law licensed to practice before all courts of the State of California and the United States District Court for the Central District of California. I am an associate in the law firm of Gordon Rees Scully Mansukhani, LLP and attorney of record for Defendant ADYEN, N.V., a diverse defendant for purposes of diversity jurisdiction. I am a member in good standing with the State

Bar of California. I have personal knowledge of the matters contained in this declaration and if called to testify to them could and would do so competently.

3. In executing this declaration, I do not intend, and Defendant has not authorized me, to waive any protections or privileges Defendant may have as to proprietary, trade secret, and/or confidential information, or to waive Defendant's attorney-client privileges as to any of their communications or to waive the work product immunity developed in anticipation of or in response to litigation. I intend only to describe certain factual matters that are pertinent to this declaration.

4. On June 5, 2023, Plaintiff Joe Mendonca ("Plaintiff") filed this action in the Superior Court of the State of California, Riverside County, entitled *Joe Mendonca v. Ayden, Inc.*, Case No. CVRI2303416. Plaintiff alleges various violations under the Fair Employment and Housing Act and Title VII of the Civil Rights Act against Ayden, Inc. On July 6, 2023, Plaintiff filed a First Amended Complaint to replace "Ayden, Inc." with "Adyen, Inc.," entitled *Joe Mendonca v. Adyen, Inc.*, Case No. CVRI2303416. A true and correct copy of the Summons and First Amended Complaint are attached hereto as **Exhibit A**.

5. On September 27, 2023, Plaintiff filed a Second Amended Complaint to amend his complaint to replace "Adyen, Inc." with "ADYEN N.V.," entitled *Joe Mendonca v. Adyen, N.V.*, Case No. CVRI2303416 (hereinafter "the Complaint"). A true and correct copy of the Summons and Second Amended Complaint are attached hereto as **Exhibit B**.

6. On October 25, 2023, Defendant filed an Answer to Plaintiff's Second Amended Complaint pursuant to California Code of Civil Procedure section 431.30 in the Superior Court of the State of California, County of Riverside. A true and correct copy of Defendant's Answer to Plaintiff's Second Amended Complaint is attached hereto as **Exhibit C**.

7. Defendant now files its Notice of Removal within 30 days of service of the Complaint on Defendant.

-2-
DECLARATION OF AYUSHI NEOGI IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §§ 1332, 1441, AND 1446

8. Venue is proper in this Court. Removal to the United States District Court for the Central District of California is appropriate because the removed state court action was filed in the Superior Court of California, County of Riverside.

I declare under penalty of perjury under the law of the State of California and the United States of America that the foregoing is true and correct.

Executed this day of 27th October 2023, in San Francisco, California.

_____
AYUSHI NEOGI