Raymond Babaian (State Bar No. 232486)
rb@valiantlaw.com
Kelcey Hoffman (State Bar No. 333353)
kkh@valiantlaw.com
**VALIANT LAW**
800 Ferrari Lane, Suite 100,
Ontario, CA 91764
Phone: 909 677 2270 ♦ Fax: 909 677 2290

Attorneys for Plaintiff, JOE MENDONCA

NICHOLAS A. DEMING (SBN 287917)
AYUSHI NEOGI (SBN 341894)
GORDON REES SCULLY MANSUKHANI, LLP
275 Battery Street, Suite 2000
San Francisco, CA 94111
Telephone:  (415) 986-5900
Facsimile:  (415) 986-8054
ndeming@grsm.com
aneogi@grsm.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MENDONCA,<br><br>            Plaintiff,<br><br>     v.<br><br>ADYEN, N.V., et al.<br><br>            Defendants. | No. 5:23-cv-02211-KK-SHK<br><br>**[PROPOSED] ORDER RE: JOINT APPLICATION AND STIPULATION TO MODIFY SCHEDULING ORDER**<br><br>Complaint Filed:  July 5, 2023<br>Trial Date:  February 10, 2025 |

/ / /

/ / /

/ / /

/ / /

1

     The Court having read and considered the Joint Application and Stipulation to Modify Scheduling Order, and good cause appearing therefore,

     HEREBY ORDERS that the following deadline is extended to the date shown as follows:

1. Deadline to stipulate or file a motion to amend the pleadings or add new parties: May 6, 2024.

**IT IS SO ORDERED.**

Dated: _____, 2024

                                              Hon. Kenly Kiya Kato
                                              United States District Judge