| | |
|---|---|
| 1 | Raymond Babaian (State Bar No. 232486) |
| 2 | rb@valiantlaw.com |
|   | Kelcey Hoffman (State Bar No. 333353) |
| 3 | kkh@valiantlaw.com |
| 4 | **VALIANT LAW** |
|   | 800 Ferrari Lane, Suite 100, |
| 5 | Ontario, CA 91764 |
| 6 | Phone: 909 677 2270 ♦ Fax: 909 677 2290 |
| 7 | Attorneys for Plaintiff, JOE MENDONCA |
| 8 | |
|   | NICHOLAS A. DEMING (SBN 287917) |
| 9 | AYUSHI NEOGI (SBN 341894) |
| 10 | GORDON REES SCULLY MANSUKHANI, LLP |
|   | 275 Battery Street, Suite 2000 |
| 11 | San Francisco, CA 94111 |
| 12 | Telephone: (415) 986-5900 |
|   | Facsimile: (415) 986-8054 |
| 13 | ndeming@grsm.com |
| 14 | aneogi@grsm.com |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE MENDONCA, | No. 5:23-cv-02211-KK-SHKx |
| Plaintiff, | **ORDER RE: JOINT APPLICATION AND STIPULATION TO MODIFY SCHEDULING ORDER** |
| v. | |
| ADYEN, N.V., et al. | Complaint Filed: July 5, 2023 |
| Defendants. | Trial Date: February 10, 2025 |

///

///

///

///

1  The Court having read and considered the Joint Application and Stipulation
2  to Modify Scheduling Order, and good cause appearing therefore,
3  HEREBY ORDERS that the following deadline is extended to the date
4  shown as follows:
5  1. Deadline to stipulate or file a motion to amend the pleadings or add
6  new parties: May 6, 2024.

**IT IS SO ORDERED.**

Dated: _____March 25___, 2024

_____
Hon. Kenly Kiya Kato
United States District Judge