Raymond Babaian (State Bar No. 232486)
rb@valiantlaw.com
Kelcey Hoffman (State Bar No. 333353)
kkh@valiantlaw.com
VALIANT LAW
800 Ferrari Lane, Suite 100,
Ontario, CA 91764
Phone: 909 677 2270 ♦ Fax: 909 677 2290

Attorneys for Plaintiff, JOE MENDONCA

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOE MENDONCA, an individual<br><br>Plaintiff,<br><br>v.<br><br>ADYEN, N.V., a foreign corporation; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 5:23-cv-02211-SSS-SHK<br><br>*[Removed from Los Angeles County Superior Court, Case No. CVRI2303416]*<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(A)(ii)]**<br><br>Complaint Filed: July 5, 2023<br>First Amended Complaint: July 6, 2023<br>Second Amended Complaint: September 29, 2023<br>Trial Date: None Set |
|---|---|

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) Plaintiff JOE MENDONCA and Defendants ADYEN, N.V. here stipulate that this action be dismissed in its entirety with prejudice and with each party to bear its own costs and attorneys' fees.

1
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(A)(ii)]
FP 48174331.1

| | | |
|---|---|---|
| 1 | Dated: August 8, 2024 | VALIANT LAW |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Raymond Babaian<br>Kelcey Hoffman |
| 5 | | Attorneys for Plaintiff<br>JOE MENDONCA |
| 6 | | |
| 7 | | |
| 8 | Dated: August 8, 2024 | GORDON REES SCULLY MANSUKJANI |
| 9 | | |
| 10 | | |
| 11 | | By: _____ |
| 12 | | Nicholas A. Deming<br>Attorney for Defendant,<br>ADYEN, N.V. |

2
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(A)(ii)]
FP 48174331.1

# PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am over the age of 18 and not a party to the within action; my business address is 800 Ferrari Lane, Suite 100, Ontario, CA 91764.

On August 8, 2024, I served the foregoing document(s) described as **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE [F.R.C.P. 41(a)(1)(A)(ii)]** on this action at the address listed below, as follows:

| | |
|---|---|
| Nicholas A. Deming, Esq.<br>**GORDON REES SCULLY MANSUKHANI**<br>315 Pacific Ave<br>San Francisco, CA 94111<br>Phone: 415.986.5900<br>Facsimile: 415.986.8054<br>**Attorney for Defendant ADYEN, N.V.** | Email : ndeming@grsm.com<br>aneogi@grsm.com |

(__)  **MAIL**: By placing a true copy (copies) thereof enclosed in a sealed envelope(s), addressed as above, and by placing said sealed envelope(s) for collection and mailing on the date following ordinary business practices. I am "readily familiar" with the business' practices for collection and processing of correspondence for mailing the U.S. Postal Service. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Bernardino County, California, in the ordinary course of business.

(__)  **ELECTRONIC MAIL:** I served the above document(s) by electronic mail in the United States during normal business hours by causing the within document to be transmitted to the attorney of records for the parties herein at the email address(es) as indicated above.  The electronic service was in compliance with CRC Rule 2.251 and the transmission was reported as completed and without error. I am readily familiar with Valiant Law business practice of electronic service.

(__)  **EXPRESS MAIL**: I caused said document(s) to be placed in an Express Mail Overnight Envelope and deposited in an express Mail DropBox to be delivered the following business day pursuant to Code of Civil Procedure section 1013(c).

(_x_) **ECF /EMAIL**: By electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them via email as

indicated above.

I declare under penalty under the laws of the State of California that the above is true and correct. Executed on August 8, 2024, at Ontario, California.

_____
SAMIRA CONTRERAS

-2-
PROOF OF SERVICE